UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

FRANCIS THORNTON, III　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14-55707-WSD
　　　　Debtor.　　　　　　　　　　　　　　　　　Honorable Walter Shapero
_____/

CHARLES L. WELLS, III Trustee,

　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding
v.　　　　　　　　　　　　　　　　　　　　　　　　No. 15-04026-WS

FRANCIS THORNTON, III

　　　　Defendant.
_____/

## ORDER DENYING DEBTOR'S DISCHARGE

This matter having come before the Court upon the Trustee's Complaint to deny Debtor's discharge; the Court having entered a November 2, 2015, Opinion Granting Judgment in Favor of Plaintiff; and for the reasons stated in the Opinion:

IT IS HEREBY ORDERED that the Debtor's discharge is denied.

**Signed on November 24, 2015**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Walter Shapero**
　　　　　　　　　　　　　　　　　　　　**Walter Shapero**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**